# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED MARCH 17, 2020

## NO. 03-20-00074-CV

**Texas Education Agency, and Mike Morath in his
Official Capacity as Commissioner of Education, Appellants**

**v.**

**Shepherd Independent School District, Appellee**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
### DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE TRIANA

This is an appeal from the order signed by the trial court on January 9, 2020, denying defendants' plea to the jurisdiction. The parties have filed a joint motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion; vacates the trial court's January 9, 2020 order denying defendants' plea to the jurisdiction; vacates this Court's March 9, 2020 temporary order; orders the release of the bond posted by appellee in conjunction with this matter; and dismisses the case. The Court further orders that each party shall pay the costs of appeal incurred by that party, both in this Court and in the court below.